AO 472  (Rev. 05/05)  Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

UNITED STATES OF AMERICA

V.

_____PATRICK LAMONT PATTERSON_____
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number:  11-30577

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed -  that is
   ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
   ☐ an offense for which the maximum sentence is life imprisonment or death.
   ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in
   _____ .*
   ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
   ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ .
   ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☑ clear and convincing evidence ☑ a preponderance of the evidence  that

Defendant is charged by way of a three count indictment in the Eastern District of Kentucky with conspiracy to distribute and distribution of cocaine base and felon in possession of a firearm.  He appeared in the Eastern District of Michigan on a removal petition.  Defendant asks for bond.

(CONTINUE ON PAGE 2)

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

_____November 3, 2011_____
Date

_____s/ Mona K. Majzoub_____
*Signature of Judge*

MONA K. MAJZOUB - UNITED STATES MAGISTRATE JUDGE
*Name and Title of Judge*

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

**11-30577; USA vs PATRICK LAMONT PATTERSON**                    **PAGE 2**

Defendant is 37 years old, is separated from his wife, and has five children. He resides in Detroit. He states that his only employment since the age of 12 was to cut hair, and he earns about $800 monthly from that endeavor. He reports no assets or liabilities.

Defendant's criminal record reflects three outstanding warrants issued out of the 36th District Court for failures to appear.

He has used three alias names in the past, and when arrested in the instant case, gave a false name, "Thomas" Patterson, to the arresting officers, which he then corrected. He has four felony drug convictions (1993, 1995, 1999, and 2001) and several (6) felony arrests and felony charges with unknown dispositions on his record.

Defendant's prior criminal history which is replete with drug activity convictions, his use of alias names, and his three outstanding warrants for failure to appear render him a risk of non-appearance.

Defendant poses a danger to the community based upon his four previous felony drug convictions, and the allegations of continuing drug activity in the instant offense.

There is no condition or combination of conditions which would assure this Defendant's appearance in court or the safety of the community.

Therefore Detention is Ordered.